[No. 57014-5-I. Division One. October 23, 2006.]

BERSCHAUER PHILLIPS CONSTRUCTION COMPANY, *Respondent*, v. CONCRETE SCIENCE SERVICES OF SEATTLE, L.L.C., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-05087-1, Mary E. Roberts, J., entered May 13 and June 13, 2005. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Cox, J., concurred in by Baker and Dwyer, JJ.

[No. 57525-2-I. Division One. October 23, 2006.]

*In the Matter of the Parentage of* C.C.S.

MARFIELD R. SUNDT, JR., *Respondent*, and CHRISTINE Y. JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-5-02547-5, Douglass A. North, J., entered December 2, 2005. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 57064-1-I. Division One. October 23, 2006.]

P.T. IKA MUDA SEAFOODS, INTERNATIONAL, *Respondent*, v. OCEAN BEAUTY SEAFOODS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-05533-2, Julie Spector, J., entered September 27, 2005. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Agid and Ellington, JJ.

[No. 33373-2-II. Division Two. October 24, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD EDWARD SIBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00284-7, H. John Hall, J., entered May 25, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Hunt, JJ.